NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

APRIL DENISE WILLIAMS,

    *Plaintiff*,

v.

USA, et al,

    *Defendants*.

Civil Action No. 18-14455

**OPINION & ORDER**

**John Michael Vazquez, U.S.D.J.**

    Plaintiff April Denise Williams ("Plaintiff" or "Williams") brings the above-captioned action *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Court previously granted Plaintiff's application to proceed *in forma pauperis* and dismissed Plaintiff's Complaint[1] without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). D.E. 2 ("Prior Opinion"); D.E. 3 ("Prior Order"). In its Prior Opinion, the Court explained that Plaintiff's allegations were insufficient because they did not plausibly allege any unlawful conduct by any of the named Defendants, and the Court granted Plaintiff leave to amend her Complaint accordingly. D.E. 2.

    Plaintiff has responded with two pages that consist of a civil cover sheet and a page with handwritten information. D.E. 5 ("Amended Complaint"). The only new, substantive information is the following: "filing an amendment so my case does not be terminated," and "[filing under] US

---

[1] Plaintiff brought five separate Complaints, all with similar factual and legal allegations. The Court consolidated all five Complaints under the above-captioned action pursuant to Fed. R. Civ. P. 42(a)(2). The Court then dismissed with prejudice the Defendants immune from suit and dismissed without prejudice Plaintiff's remaining counts.

Bill of Rights: amendments 1, 4, 9, [and] 10." *Id.* at 2. This meager information in no way approaches the plausibility level that is required and as the Court explained in its Prior Opinion.

The Court dismisses Plaintiff's Amended Complaint, D.E. 5, without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff has thirty (30) days to submit a second amended complaint in this above-referenced action curing the deficiencies noted in the Court's Prior Opinion, D.E. 2. This will be Plaintiff's last opportunity to do so. If Plaintiff does not submit a second amended complaint curing these deficiencies within thirty days, the dismissal will be with prejudice. A dismissal with prejudice means that Plaintiff will be precluded from filing any future suit against Defendants concerning the allegations in the Complaint.

For the foregoing reasons, and for good cause shown,

**IT IS** on this 27th day of November, 2018,

**ORDERED** that Plaintiff's Amended Complaint (D.E. 5) is **DISMISSED** without prejudice; and it is further

**ORDERED** that Plaintiff may file a second amended complaint within **THIRTY (30) DAYS** of receipt of this Order and the accompanying Opinion, curing the defects noted in the Court's Prior Opinion (D.E. 2). If Plaintiff fails to file a second amended complaint within **THIRTY (30) DAYS** of receipt, dismissal of this case shall be with prejudice. In addition, if Plaintiff does file a second amended complaint but it is still deficient, this case will be dismissed with prejudice; and it is further

**ORDERED** that the Clerk of the Court shall serve this Order and the accompanying Opinion upon Plaintiff by regular and certified mail return receipt.

John Michael Vazquez, U.S.D.J.